UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

ONE POLISHED DIAMOND WEIGHING APPROXIMATELY SIXTY-EIGHT CARATS,

        Defendant In Rem.

**Document Electronically Filed**

Civil Action No. 10 CV 2312

**NOTICE OF APPEARANCE**

---

TO:    Thomas H. Herndon, Jr., Esq.
         Alan M. Sclar, Esq.
         Silverman Sclar Shin & Byrne PLLC
         Attorneys for Higgs Diamonds Proprietary Limited
         381 Park Avenue South, 16th Floor
         New York, New York 10016
         Telephone No.: (212) 779-8600
         Facsimile No.: (212) 779-8858

         Lawrence S. Spiegel, Esq.
         Skadden, Arps, Slate, Meagher & Flom LLP
         Attorney for the Claimant Taly Diamonds, LLC
         Four Times Square
         New York, New York 10036-6522

         Loretta E. Lynch, Esq.
         United States Attorney
         Eastern District of New York
         Attorney for the Plaintiff
         271 Cadman Plaza East, 7th Floor
         Brooklyn, New York 11201

Brian D. Morris, Esq.
Special Assistant United States Attorney
United States Attorney
Eastern District of New York
Attorney for the Plaintiff
271 Cadman Plaza East, 7th Floor
Brooklyn, New York  11201

COUNSEL:

PLEASE TAKE NOTICE that Danielle M. DeFilippis, Esq., of Norris McLaughlin & Marcus, P.A., hereby enters her appearance in this action as counsel for Attorneys for *Belgo-Nevada LTD*

                       Respectfully submitted,

                       NORRIS MCLAUGHLIN & MARCUS, P.A.

        By:    /s/Danielle M. DeFilippis
                  Danielle M. DeFilippis, Esq. (DD1515)
                  Norris McLaughlin & Marcus, P.A.
                  875 Third Avenue, 8th Floor
                  New York, NY  10022
                  Attorneys for *Belgo-Nevada LTD*
                  Telephone:  (212) 808-0700
                  Facsimile:  (212) 808-0844

Dated:  September 13, 2010

269651_1