UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | **Civil Action No. 10 CV 2312** |
| | : | |
| | : | |
| v. | : | **The Honorable Sterling Johnson, Jr.** |
| | : | |
| ONE POLISHED DIAMOND WEIGHING | : | |
| APPROXIMATELY SIXTY-EIGHT | : | |
| CARATS, | : | **NOTICE OF WITHDRAWAL OF** |
| | : | **CLAIM  TO DEFENDANT ONE** |
| | : | **POLISHED DIAMOND WEIGHING** |
| | : | **APPROXIMATELY SIXTY-EIGHT** |
| Defendants In Rem. | : | **CARATS** |
| | : | |
| | : | |
| | : | |

Claimants Belgo-Nevada, Ltd. ("Belgo") and Dennis Van Kerrebroeck ("Van Kerrebroeck"), by way of Notice of Withdrawal of their Claim to the Defendant One Polished Diamond Weighing Approximately Sixty-Eight Carats ("Defendant"), state as follows:

1.      On August 26, 2010, Belgo and Van Kerrebroeck filed a Claim to Defendant in this action.

2.      On November 10, 2010, Belgo and Van Kerrebroeck filed an Answer to the United States of America's Complaint in Rem.

3.      At the request of the other parties to this action, Belgo and Van Kerrebroeck have agreed to withdraw their Claim to Defendant.

4.      Accordingly, Belgo and Van Kerrebroeck hereby withdraw their Claim to the Defendant and withdraw their Answer to the Complaint in Rem.

5.      Belgo's and Van Kerrebroeck's withdrawal of their Claim and Answer are without prejudice to their right to pursue any claims and/or defenses they may have relating to the other claimants and all such rights are expressly reserved.

NORRIS McLAUGHLIN & MARCUS, PA


By:   ___/s/ *Danielle M. DeFilippis*_____
          Danielle M. DeFilippis
          875 Third Avenue, 8th Floor
          New York, New York 10022
          Email:  dmdefilippis@nmmlaw.com
          Telephone (212) 808-0700
          Facsimile (212) 808-0844
          Attorneys for *Belgo-Nevada LTD. and Dennis Van Kerrebroeck*

Dated: New York, New York
          September 23, 2011

2